
**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07355

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John Howard Goldshot and Kimberly Kay Goldshot<br>    Debtors.<br>_____<br>U.S. Bank, National Association<br>    Movant,<br>  vs.<br><br>John Howard Goldshot and Kimberly Kay Goldshot, Debtors, Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:10-BK-02277-SSC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #17) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 25, 2007 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and John Howard Goldshot and Kimberly Kay Goldshot have an interest in, further described as:

> The West 155.00 feet of the East 310 feet of the Northwest quarter of the Southwest quarter of the Northeast quarter of Section 33, Township 5 North, Range 3 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;
>
> EXCEPT the North 30 feet thereof; and
>
> EXCEPT the South 348.50 feet thereof; and
>
> EXCEPT all minerals, oil and gas as reserved in Deed recorded in Book 418 of Deeds, page 588, records of Maricopa County, Arizona.
>
> Make: Fleetwood
> Model: Desert Villa XLE 4764x
> Year: 2003
> Serial Number (s): AZFL321A10054-DV12 / AZFL321B10054-DV12

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.